LAW OFFICES OF TODD M. FRIEDMAN, P.C.
TODD M. FRIEDMAN (SBN 216752)
ADRIAN R. BACON (SBN 280332)
KELSEY L. KUBERKA (SBN 321619)
21550 Oxnard Street, Suite 780
Woodland Hills, CA  91367
Telephone:     (323) 306-4234
Email:    *tfriedman@toddflaw.com*
             *abacon@toddflaw.com*
             *kkuberka@toddflaw.com*

Attorneys for Plaintiff
MELISSA FURMAN, individually and on behalf of all others similarly situated


JACKSON LEWIS P.C.
NATHAN W. AUSTIN (SBN 219672)
400 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:     (916) 341-0404
Facsimile:      (916) 341-0141
Email:    *nathan.austin@jacksonlewis.com*

Attorneys for Defendant
SET AND SERVICE RESOURCES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FURMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SET AND SERVICE RESOURCES, LLC; and DOES 1-50, inclusive,<br><br>Defendant. | CASE NO. 2:20-cv-00361-JAM-DMC<br><br>**STIPULATION EXTENDING TIME EXCEEDING 28 DAYS FOR DEFENDANT TO RESPOND TO SECOND AMENDED COMPLAINT; ORDER** |

///

///

///

///

///

1

Stipulation Extending Time Exceeding 28 Days to Respond to SAC; [Proposed] Order

*Melissa Furman vs. Set and Service Resources, LLC*
Case No. 2:20-cv-00361-JAM-DMC

The parties to the above-captioned action, by and through their attorneys of record, hereby enter into the below stipulation:

IT IS STIPULATED THAT:

1. The Parties had previously agreed to provide Defendant SET AND SERVICE RESOURCES, LLC ("Defendant") with an additional 28 days to respond to the Second Amended Complaint to allow the parties to meet and confer regarding the sufficiency of the pleadings, and to meet and confer regarding Defendant's anticipated motion to compel Plaintiff MELISSA FURMAN'S claims to arbitration. (Dkt 8-10.)

2. Pursuant to Local Rule 144, the Parties have agreed that Defendant shall have an additional 14 days to respond to the Second Amended Complaint to continue the parties' meet and confer efforts. Defendant's responsive pleading shall be due on or before September 10, 2020.

Dated: August 26, 2020             LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: */s/ Adrian R. Bacon (as authorized on 08.26.20)*
    TODD M. FRIEDMAN
    ADRIAN R. BACON
    KELSEY L. KUBERKA

Attorneys for Plaintiff
MELISSA FURMAN, individually and on
behalf of all others similarly situated

Dated:  August 26, 2020             JACKSON LEWIS P.C.

By: */s/ Nathan W. Austin*
    NATHAN W. AUSTIN

Attorneys for Defendant
SET AND SERVICE RESOURCES, LLC

**ORDER**

**IT IS SO ORDERED.**

Dated:  August 27, 2020

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

2

Stipulation Extending Time Exceeding 28 Days to          *Melissa Furman vs. Set and Service Resources, LLC*
Respond to SAC; [Proposed] Order                          Case No. 2:20-cv-00361-JAM-DMC