# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FURMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SET AND SERVICE RESOURCES, LLC,<br><br>Defendants. | CASE NO.: 2:20-cv-00361-JAM-DMC<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT** |

**IT IS HEREBY ORDERED**, for good cause shown, that:

Pursuant to the stipulation of the Parties, this matter is remanded to the Superior Court of the State of California for the County of Tehama, Case No. 20CI000012 for the purposes of effectuating the Settlement Agreement. The Clerk of the Court is directed to close the Court's file and transfer it to the Superior Court of the State of California for the County of Tehama for further proceedings.  This Order is without waiver of the Parties' rights to remove the action to federal court in the future.

DATED:  March 18, 2022     /s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE